UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EWU MEDIA LLC,

    *Plaintiff,*

v.

FEDERAL BUREAU OF INVESTIGATION,

    *Defendant.*

Case No. 1:23-cv-1680-RCL

### ORDER

Local Rule 16.3(b)(10) exempts parties to a FOIA action from typical scheduling order requirements. Instead, the government has the burden to produce a *Vaughn* index with a supporting dispositive motion. The Court therefore **ORDERS** the government to file the index and supporting motion within 30 days.

Date: August 17, 2023

Hon. Royce C. Lamberth
United States District Court Judge