UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EWU MEDIA LLC,

    Plaintiff,

    v.

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

Civil Action No. 23-1680 (RCL)

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTATION**

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to file its motion for summary judgment in this matter by 60 days—i.e., until Friday, November 17, 2023. Plaintiff, through counsel, has graciously consented to the relief sought by this motion. The grounds for this motion are as follows.

This case arises under the Freedom of Information Act, 5 U.S.C. § 552. Plaintiff's request states:

> EWU requests from the FBI, pursuant to the Freedom of Information Act ("FOIA") the following records in possession of the FBI:
>
> 1. Columbine school shooting (all videos filmed by Eric Harris, including audio);
>
> 2. Columbine school shooting (all videos filmed by Dylan Klebold, including audio); and
>
> 3. All interrogation and interview footage, including audio, filmed in relation to the Columbine school shooting.

Plaintiff filed this suit on June 9, 2023, and Defendant answered on August 11, 2023. On August 17, the Court ordered Defendant to file its motion for summary judgment and *Vaughn* index within 30 days, which would be by September 18.

Since then, the parties report that Defendant has completed its search and review of records potentially responsive to Plaintiff's request, and Defendant determined that none of the potentially responsive records were actually responsive. To allow the parties to continue to try to work on this case without expending unnecessary resources on motions practice, Defendant moves, with the consent of Plaintiff, to extend the deadline to file a dispositive motion by 60 days, i.e., until Friday, November 17, 2023.

"When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1) (cleaned up). "A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "District courts enjoy broad discretion when deciding case management and scheduling matters." *McGehee v. Dep't of Just.*, 362 F. Supp. 3d 14, 18 (D.D.C. 2019).

Date:  September 13, 2023
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  */s/ Sam Escher*
     SAM ESCHER, D.C. Bar #1655538
     Assistant United States Attorney
     601 D Street, N.W.
     Washington, D.C. 20530
     (202) 252-2531
     sam.escher@usdoj.gov

*Attorneys for the United States of America*