UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EWU MEDIA LLC,

    Plaintiff,

    v.

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

Civil Action No. 23-1680 (RCL)

[~~PROPOSED~~] ORDER

UPON CONSIDERATION of Defendant's consent motion for an extension of time to file motion for summary judgment and supporting documentation, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's consent motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including Friday, November 17, 2023, to file a motion for summary judgment and supporting documentation.

SO ORDERED:

9/20/23
Dated

ROYCE C. LAMBERTH
United States District Judge