UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EWU MEDIA LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendant. | Civil Action No. 23-1680 (RCL) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The parties respectfully stipulate to dismiss this case <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41 with each side to bear its own costs.

Date:   October 10, 2023                                Respectfully submitted,

*/s/ Daniel J. Stotter*                                        MATTHEW M. GRAVES, D.C. Bar #481052
Daniel J. Stotter (WI0015)                              United States Attorney
STOTTER LAW OFFICES LLC
P.O. Box 1753                                                 BRIAN P. HUDAK
Corvallis, Oregon 97339                                Chief, Civil Division
(541) 738-2601
dstotter@qwestoffice.net                       By:    */s/ Sam Escher*
                                                                        SAM ESCHER, D.C. Bar #1655538
Attorney for Plaintiff                                      Assistant United States Attorney
                                                                        601 D Street, N.W.
                                                                        Washington, D.C. 20530
                                                                        (202) 252-2531
                                                                        sam.escher@usdoj.gov

                                                                        Attorneys for the United States of America